# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

TORY JEHON OVERSTREET,

        Defendant-Appellant.

UNPUBLISHED
March 22, 2016

No.   323646
Kent Circuit Court
LC No.   14-000116-FC

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JEFFREY LEE SLAUGHTER-BUTLER,

        Defendant-Appellant.

No.   323763
Kent Circuit Court
LC No.   14-000118-FC

Before:  O'CONNELL, P.J., and MARKEY and MURRAY, JJ.

O'CONNELL, P.J. (*concurring in part and dissenting in part*).

I concur with the result reached by the majority opinion.  I write separately to respectfully disagree that the rap video entitled "Getting Doe" was admissible evidence in this case.  In my opinion, the rap video is not relevant and was highly prejudicial.

I note that another panel of this Court, in the companion case of *People v Foster*, unpublished opinion per curiam of the Court of Appeals, issued May 19, 2015 (Docket No. 320136), concluded that the rap video was improperly admitted into evidence because it was "highly inflammatory," as it "was rife with profanity, misogynistic lyrics, drug references, and general references to violent and offensive behavior."  For the same reasons as stated in *Foster*, I conclude that the rap video was improperly admitted in this trial.

I concur with the balance of the majority opinion.

                /s/ Peter D. O'Connell

-1-